**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Yorby Jose BRITO RIVERO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-776 |
| | ) | Judge Nora Barry Fischer |
| LEONARD ODDO, *et al.* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

**ORDER OF COURT**

AND NOW, this 29th day of June, 2026, upon consideration of the Court's prior Order directing that "Petitioner's request for immediate release on the basis of his TPS or humanitarian parole will be reserved for the Court's further consideration," the supplemental briefs filed by the parties as to same, (Docket Nos. 18; 19), and the subsequent decision by the Supreme Court of the *United States in Mullin v. Doe*, No. 25–1083, 2026 WL 1825840 (U.S. June 25, 2026),

IT IS HEREBY ORDERED that a rule is issued upon the parties to Show Cause by **July 1, 2026** why Petitioner's request for immediate release on the basis of TPS is not moot.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: counsel of record